# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LAKE,<br><br>                Plaintiff,<br><br>       v.<br><br>DELTA AIR LINES, INC,, a Delaware Corporation, and Does 1 to 100, Inclusive,<br><br>                Defendant. | Case No. SACV 10-01775 DOC (Ex)<br><br>**ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS; JUDGMENT**<br><br>Date:       January 31, 2011<br>Time:       8:30 a.m.<br>Place:      Courtroom 9D<br><br>Trial Date: None Set |

1  Defendant Delta Air Lines, Inc.'s Motion for Judgment on the Pleadings
2  came on regularly for hearing before this Court on January 31, 2011 at 8:30 a.m.,
3  in Courtroom 9D.
4  After full consideration of the pleadings, the authorities submitted by
5  counsel, and counsel's oral argument, the Court finds in favor of Defendant.
6  Accordingly, IT IS HEREBY ORDERED THAT the Motion for Judgment
7  on the Pleadings is GRANTED.  The Court orders as follows:
8  (1) That Defendant Delta Air Lines, Inc.'s motion for judgment on the
9  pleadings with respect to the claims asserted against it by Plaintiff is GRANTED;
10 and
11 (2) That Plaintiff's entire action against Defendant Delta Air Lines, Inc. is
12 dismissed with prejudice.
13 JUDGMENT IS ENTERED FOR DELTA.  ~~Costs will be awarded to Delta~~
14 ~~according to proof.~~

16 DATED:  January 24, 2011         By: /s/ David O. Carter
                                         David O. Carter
17                                       United States District Judge

18
19 Respectfully submitted,

20 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
21

22
   By:   /s/  Linda S. Goldman
23        Linda S. Goldman, State Bar No. 193419
24 linda.goldman@ogletreedeakins.com
   400 South Hope Street, Suite 1200
25 Los Angeles, California 90071
   Telephone:  (213) 239-9800
26 Facsimile:   (213) 239-9045

27
28 Attorneys for Defendant
   DELTA AIR LINES, INC.

1                                 Case No. SACV 10-01775 DOC (Ex)
[PROPOSED] ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S MOTION TO DISMISS